IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHRANDA CAMPBELL,<br><br>        Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>        Defendant. | Case No. 1:19-cv-03827<br><br>Honorable Martha M. Pacold<br>Honorable Jeffrey Cummings |

**JOINT STATUS REPORT**

Plaintiff Shranda Campbell and Defendant Ford Motor Company ("Ford") respectfully submit this Joint Status Report in accordance with the Court's February 13, 2020 Order (Dkt. 62) in advance of the status conference set for March 19, 2020.

1. *Summary of the claims asserted in the complaint and any counterclaims.*

   a. Plaintiff was originally one of the named plaintiffs in *Van et al. v. Ford Motor Co.*, No. 14-cv-8708 (N.D. Ill.) ("*Van*"). Through her former counsel, Plaintiff and Ford reached an agreement described in a Joint Status Report filed on the *Van* docket, pursuant to which Plaintiff's claims would be severed from those of the putative class members in *Van*; she would file a new complaint, which would "track verbatim the individual allegations" she made "in the Second Amended Complaint filed in the *Van* Case"; and her claims would be brought "on an individual basis only, and not on a class or collective basis." *See Van* Dkt. 389. ¶¶ 2, 6. The Court "adopt[ed] the parties'

proposal," and ordered that Campbell file a new complaint as set forth in the parties' Joint Status Report. *Van* Dkt. 391.

b. After retaining new counsel in her individual action, *see* Dkts. 45, 46, Plaintiff filed her Fourth Amended Complaint on January 6, 2020, asserting individual claims against Ford for (1) sexual harassment in violation of Title VII; (2) gender and sex discrimination in violation of Title VII; (3) race discrimination in violation of 42 U.S.C. § 1981; (4) retaliation in violation of Title VII; (5) common law battery; (6) common law assault; and (7) intentional infliction of emotion distress (preserved for appeal purposes only). Dkt. 57.

c. Ford answered Plaintiff's Fourth Amended Complaint on February 4, 2020. *See* Dkt. 59.

2. *A statement of the relief sought, including an itemization of damages.*

    a. Plaintiff's Complaint seeks general and compensatory damages; special damages, including lost wages and benefits, in a sum to be ascertained; punitive damages; attorneys' fees, costs, litigation expenses, and pre-judgment interest; and other and further relief as the Court may deem just or equitable. Dkt. 57 at 14-15.

3. *A brief description of the matter referred to the Court.*

    a. Pursuant to Judge Pacold's February 5, 2020 order (Dkt. 61), this case has been referred to the Honorable Jeffrey Cummings for discovery supervision; setting discovery deadlines, and settlement.

4. *The status of any briefing on the matters referred.*

    a. There is no pending briefing on any of the matters referred.

5. *Describe the discovery that has been completed and the future discovery contemplated, including identifying: (a) the depositions that have been taken; (b) the depositions that have been scheduled and the dates set; and (c) any other discovery contemplated.*

    a. No discovery schedule has been set, and the parties have not yet conducted any merits discovery or scheduled any depositions.

    b. As a former plaintiff in the *Van* case, Plaintiff participated in class discovery in *Van*, and was deposed on June 27, 2017. Class discovery in *Van* was conducted in accordance with the Court's August 23, 2016 Order for Discovery and Case Management. *See Van* Dkt. 86.

    c. The parties anticipate needing to conduct 5 depositions per side.

    d. The parties propose the following discovery schedule:

| Event | Deadline |
|---|---|
| Initial Disclosures | 4/10/2020 |
| Service of Written Discovery Requests | 4/24/2020 |
| Amendment of Pleadings/Joinder of Parties | 6/1/2020 |
| Fact Discovery | 10/2/2020 |
| Deadline for Plaintiff's Expert Report | 11/6/2020 |
| Deadline for Ford's Expert Report | 12/11/2020 |
| Close of Expert Discovery | 1/29/2021 |
| Dispositive Motions | 3/5/2021 |

6. *Any dates or deadlines established by the district judge for discovery cut-off, submission of pretrial order or trial. If none have been set, a proposed fact discovery cut-off date and whether or not the parties anticipate the need for an expert discovery schedule, which will be set at a later date.*

    a. Judge Pacold has not set any deadlines for discovery cut-off or trial.

    b. The parties propose a fact discovery deadline of October 2, 2020.

    c. At this time, the parties anticipate there may be need for expert discovery, and propose that expert discovery (if any) be conducted after the close of fact discovery in accordance with the above schedule.

7. *The status of settlement negotiations, if any.*

   i. There have been no substantive settlement discussions to date.

   ii. While this matter has been referred to the Court for settlement supervision, the parties do not request a settlement conference at this time.

DATED: March 11, 2020

Respectfully submitted,

/s/ Edward M. Fox
Edward M. Fox
Jaclyn Diaz
Ed Fox & Associates, Ltd.
300 West Adams Street, Suite 330
Chicago, IL 60606
(312) 345-8877
efox@efoxlaw.com
jdiaz@efoxlaw.com

*Counsel for Plaintiff*

Respectfully submitted,

/s/ Katherine V.A. Smith
Katherine V.A. Smith (admitted *pro hac vice*)
Andrea R. Lucas (admitted *pro hac vice*)
Naima Farrell (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539
ksmith@gibsondunn.com
alucas@gibsondunn.com
nfarrell@gibsondunn.com

Kathleen M. Nemechek N.D. Ill. No. 50139
Timothy S. Millman N.D. Ill. No. 44398
BERKOWITZ OLIVER LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: 816.561.7007
Facsimile: 816.561.1888
knemechek@berkowitzoliver.com
tmillman@berkowitzoliver.com

Derek Barella
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: 312.258.5500
Facsimile: 312.258.5600
dbarella@schiffhardin.com

*Counsel for Ford Motor Company*