# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHRANDA CAMPBELL,<br><br>               Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>               Defendant. | Case No. 1:19-cv-03827<br><br>Honorable Martha M. Pacold<br>Honorable Jeffrey Cummings |

## JOINT STATUS REPORT

Plaintiff Shranda Campbell and Defendant Ford Motor Company ("Ford") respectfully submit this Joint Status Report in accordance with the Court's June 22, 2020 Order (Dkt. 71).

A. *Progress of Discovery.*

    i. As ordered by the Court, the parties exchanged their Rule 26(1) initial disclosures on July 3, 2020, and exchanged their affirmative written discovery requests on July 17, 2020.

    ii. The parties propose the following discovery schedule for the remainder of discovery:

| Event | Deadline |
|---|---|
| Fact Discovery | 1/10/2021 |
| Deadline for Plaintiff's Expert Report | 2/6/2021 |
| Deadline for Ford's Expert Report | 3/11/2021 |
| Close of Expert Discovery | 4/29/2021 |
| Dispositive Motions | 6/5/2021 |

B. *Status of Unresolved Motions.*

  i. There are no unresolved motions pending in this matter.

C. *Settlement Efforts.*

  i. There have been no substantive settlement discussions to date. The parties do not request a settlement conference at this time.

D. *Proposed Schedule for the Next 45 Days and Request for Telephonic Hearing.*

  i. The parties propose that, for the next 45 days, discovery proceed in accordance with the schedule outlined in A(2).

  ii. Presently, there is no agreed-upon action for the Court to take without a hearing.

  iii. The parties submit that a telephonic hearing is not necessary at this time.


DATED: July 20, 2020

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Edward M. Fox | /s/ Katherine V.A. Smith |
| Edward M. Fox | Katherine V.A. Smith (admitted *pro hac vice*) |
| Jaclyn Diaz | Molly T. Senger (admitted *pro hac vice*) |
| Ed Fox & Associates, Ltd. | GIBSON, DUNN & CRUTCHER LLP |
| 300 West Adams Street, Suite 330 | 1050 Connecticut Avenue, N.W. |
| Chicago, IL 60606 | Washington, D.C. 20036 |
| (312) 345-8877 | Telephone: 202.955.8500 |
| efox@efoxlaw.com | Facsimile: 202.467.0539 |
| jdiaz@efoxlaw.com | ksmith@gibsondunn.com |
|  | msenger@gibsondunn.com |
| *Counsel for Plaintiff* | Kathleen M. Nemechek  N.D. Ill. No. 50139 |
|  | Timothy S. Millman  N.D. Ill. No. 44398 |
|  | BERKOWITZ OLIVER LLP |
|  | 2600 Grand Boulevard, Suite 1200 |
|  | Kansas City, Missouri 64108 |
|  | Telephone: 816.561.7007 |

Facsimile: 816.561.1888
knemechek@berkowitzoliver.com
tmillman@berkowitzoliver.com

Derek Barella
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: 312.258.5500
Facsimile: 312.258.5600
dbarella@schiffhardin.com

*Counsel for Ford Motor Company*