IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHRANDA CAMPBELL, | ) |
| | ) |
| Plaintiff, | ) Case No.: 19-cv-03827 |
| | ) |
| v. | ) |
| | ) Honorable Judge Martha M. Pacold |
| FORD MOTOR COMPANY, | ) Magistrate Judge Jeffrey Cummings |
| | ) |
| Defendant. | ) |
| | ) |

**MOTION FOR EXTENSION TO THE SETTLEMENT
CORRESPONDENCE SCHEDULE**

NOW COMES the Plaintiff, SHRANDA CAMPBELL ("Plaintiff"), by and through her attorneys of record and hereby requests that this Honorable Court grant an extension the settlement correspondence schedule. In support of this motion, Plaintiff states as follows:

1. By agreement of the parties, the Court scheduled a remote settlement conference for October 28, 2021. (Dkt. 98). The Court further ordered the parties to exchange settlement correspondence ordering Plaintiff's demand letter due on September 30, 2021 and Defendant's offer response letter due October 14, 2021. (Dkt. 98).

2. Plaintiff is seeking a one (1) day extension to the settlement correspondence schedule thus making Plaintiff's demand letter due October 1, 2021 and Defendant's offer response letter due October 15, 2021.

3. Plaintiff's counsel needs an additional day to complete Plaintiff's demand letter due to a particularly heavy deposition schedule the past couple of weeks. As an example, in the past ten days Plaintiff has had eight depositions including a plaintiff's deposition today that lasted the majority of the day continuing on after end of business. (The aforementioned

1

depositions were in the following cases: *Mack v. City of Chicago et al.*, 19 CV 4001; *Taylor v. Norway et al.,* 20 CV 7001; *Allen v. Village of Oak Lawn et al*., 19 CV 7904).

4. This extension is not being requested to create undue delay and this extension will not prejudice any party to this litigation. The one day extension would not require the settlement conference to be rescheduled.

WHEREFORE, Plaintiff respectfully requests that this Court extend the settlement correspondence schedule by one day.

Dated: September 30, 2021

Respectfully Submitted,

s/Jaclyn Diaz

Jaclyn N. Diaz
ED FOX & ASSOCIATES, LTD.
300 W Adams St, Ste 330
Chicago, IL 60606
(312) 345-8877
jdiaz@efoxlaw.com
*Attorney for Plaintiff*